**Daisy O. TURNER v. COMMISSIONER OF INTERNAL REVENUE.**

No. 6623.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1933.

Frank S. Bright, of Washington, D. C., for petitioner.

E. B. Prettyman, Gen. Counsel, Bureau Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed, pursuant to motion of respondent.

---

**UNION GUARDIAN TRUST COMPANY, Ernest C. Harris, and George H. Kirchner v. Honorable Fred M. RAYMOND, Judge of the United States District Court for the Western District of Michigan.**

No. 6469.

Circuit Court of Appeals, Sixth Circuit.

July 10, 1933.

Bulkley, Ledyard, Dickinson & Wright, of Detroit, Mich., for petitioners.

Miller, Canfield, Paddock & Stone, of Detroit, Mich., and Hudson & Coates, of Sault Ste. Marie, Mich., for respondent.

PER CURIAM.

Order denying petition for writ of prohibition.

---

**UNITED STATES of America, Libelant-Appellee, v. THE British Oil Screw ALGIE, Her Tackle, Apparel, Furniture, Papers and Engines, and Her Cargo Consisting of 10 Bottles of Scotch Whisky and 2,580 Bags of Rye and Scotch Whisky, YARMOUTH SHIPPING COMPANY, Ltd., Claimant-Appellant.**

No. 59.

Circuit Court of Appeals, Second Circuit.

Nov. 20, 1933.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and Alfred C. McKenzie, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for libelant.

Louis Halle, of New York City (Milton R. Kroopf, of New York City, of counsel), for appellant.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [56 F.(2d) 388] affirmed.

---

**UNITED STATES of America v. Kent DAVIS and Hattie Davis.**

No. 6333.

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1933.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

B. H. Hagey, of Nashville, Tenn., for appellees.

PER CURIAM.

Judgment of District Court affirmed.